Armando Villapudua, Esq., Bar No. 173945
Melissa I. Dougherty, Esq., Bar No. 303127
VILLAPUDUA & SOMERA, P.C.
2431 W. March Lane, Ste. 220
Stockton, CA 95207
Phone: (209) 956-1234
Fax: (209) 478-7981

Counsel for Defendant,
JUAN CHAVARRIA

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ENCARNACION MAYO RODRIGUEZ, SYLVIA ZAMBRANO, YESENIA LOPEZ, MARIA LUISA ESCAMILLA-LOPEZ, JUAN CHAVARRIA, JUAN RAMON LOPEZ, NEREYDA ALVAREZ, PHILLIP ALLEN BAILEY, and CHARLES JAMES BILLINGSLEY, JR.,<br>Defendants. | Case No.: 2:19-CR-0231-WBS<br><br>STIPULATION AND ORDER TO SUBSTITUTE THIRD PARTY CUSTODIAN<br><br>Date:<br>Time:<br>Dept: |

Plaintiff United States of America, through its undersigned counsel, and defendant JUAN CHAVARRIA, through his counsel of record, stipulate to the substitution of the third-party custodian.

On December 19, 2019, JUAN CHAVARRIA was released to third party custodian, Manuel Altamirano, pursuant to unsecured $25,000.00, bond. Mr. Altamirano has moved from the area and is no longer available as the third party custodian.

The parties stipulate that United States Pretrial Services Officer Margarita Zepeda has interviewed Mr. Hilario Perez Martinez as the replacement third party custodian. Mr. Perez

STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE THIRD PARTY CUSTODIAN   1

Martinez is a legal permanent resident alien, has been employed with the same employer for over three (3) years, has no criminal record, has known Defendant Juan Chavarria since 2016, and is willing to abide by the duties of a third-party custodian as explained to him by U.S. Pretrial Services Officer Zepeda.  Mr. Perez Martinez is also willing to sign the unsecured $25,000.00 bond.  Pretrial Services believes Mr. Perez Martinez is a suitable candidate as third party custodian for Defendant Chavarria.

Respectfully submitted,

Dated:  April 24, 2020   */s/ Armando Villapudua*

Armando Villapudua, Esq.
VILLAPUDUA & SOMERA, P.C.
*Counsel for Defendant JUAN CHAVARRIA*

Dated:  April 27, 2020   */s/ David Spencer*

David Spencer
Assistant United States Attorney
*Counsel for Plaintiff UNITED STATES*

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read and considered the parties' stipulation and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  The Court hereby directs Mr. Hilario Perez Martinez to sign and have filed a $25,000.00 unsecured bond within 72 hours of the Court's signing this order.  The bond shall be filed with the Clerk of the Court of the United States District Court, Eastern District of California.

Dated:  April 28, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE