CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JUAN CHAVARRIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JUAN CHAVARRIA, et al.<br><br>  Defendants. | Case No.: 19-231 WBS-5<br><br>STIPULATION AND PROPOSED ORDER FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE |

On December 20, 2019, Defendant Juan Chavarria, was placed on pretrial release with certain conditions. Among those conditions were that Mr. Chavarria 1) abstain from alcohol, and 2) that he be released to a Third-Party Custodian.

At the time these conditions were imposed, Mr. Chavarria was nineteen years old. He is now twenty-one. According to Pretrial Services, Mr. Chavarria has been in complied with the terms and conditions of his release - all of his drug tests have been clean; he has maintained contact with Pretrial Services; he has maintained employment; he continues to participate in mental health counseling; and he has had no new law violations while under supervision.

Pretrial Services has recommended the following modifications to Mr. Chavarria's pretrial release conditions without objection from the government.

02/22/22

WHEREFOR, IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Spencer, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant, and on the recommendation of Pretrial ServicesJuan Chavarria, that Defendant's current pretrial release conditions shall be modified as follows:

1) The condition that Mr. Chavarria be subject to drug testing shall be removed.

2) The Third-Party Custodian condition shall be removed.

3) The condition that Mr. Chavarria abstain from alcohol shall be modified to state that he shall refrain from the *excessive* use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner.  He must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used.

DATED:       February 22, 2022           Respectfully submitted,

/S/     Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Juan Chavarria


/S/     David Spencer
Phillip A. Talbert
by DAVID SPENCER
Attorney for Plaintiff

02/22/22

**ORDER**

IT IS SO ORDERED, that the Defendant's pretrial release conditions be modified as stipulated by the parties.

Dated:  February 22, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

02/22/22