MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
HADDY ABOUZEID
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>          v.<br><br>JUAN CHAVARRIA,<br><br>                           Defendant. | CASE NO. 2:19-CR-00231-05 WBS<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

    Pursuant to Local Rule 141(b), IT IS HEREBY ORDERED that the February 6, 2025 Competency Evaluation Report for defendant Juan Chavarria shall be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the government and counsel for defendant Chavarria.

Dated: April 10, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE