CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Juan Chavarria

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

JUAN CHAVARRIA,

    Defendant.

CR. No.: 2:19-cr-231-05 WBS

DEFENDANT JUAN CHAVARRIA'S WAIVER OF PERSONAL APPEARANCE

Defendant, Juan Chavarria, hereby waives his right to be personally present in open court for the hearing of any status conference, motion, or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing, or jury trial, and he agrees to be personally present in court when so ordered.

Mr. Chavarria hereby requests the Court to proceed during any absence that the Court may permit pursuant to this waiver.  Defendant agrees that his interests will be deemed represented at all times by the presence of her attorney or designee, the same as if defendant were personally present.  Defendant further agrees to be present in court ready for trial on any date set by the court in defendant's absence.

Mr. Chavarria is currently housed at Metropolitan Correctional Center in Chicago, Illinois.

Mr. Chavarria further acknowledges that he has been informed of his rights under Title 18 U.S.C. 3161-3174 of the Speedy Trial Act and authorizes his counsel to set times

- 1 -

03/09/26

and delays under the Act without his being present.

DATED: February 5, 2026          I consent to the above waiver of personal appearance.


                                 /s/ Juan Chavarria
                                 JUAN CHAVARRIA


DATED: February 5, 2026          I agree to the above waiver of personal appearance.


                                 /s/ Clemente M. Jiménez
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for Juan Chavarria



                                 ORDER


IT IS SO ORDERED.


Dated:  March 9, 2026
                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE

- 2 -

03/09/26