ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0231-05 WBS |
| Plaintiff, | ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | DATE: March 30, 2026 |
| JUAN CHAVARRIA, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

1.     On March 30, 2026, the parties appeared before the Court for a status conference regarding mental competency. The Court set an evidentiary hearing regarding mental competency for April 21, 2026, at 10:00 a.m., to enable the Court to determine whether Chavarria's mental condition is so improved that trial may proceed. The Court also excluded time for purposes of the Speedy Trial Act from March 30, 2026 through April 21, 2026, and directed the government to prepare a proposed order.

2.     Accordingly, the government submits the following proposed order.

Dated: March 30, 2026

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

ORDER REGARDING EXCLUDABLE TIME PERIODS
UNDER SPEEDY TRIAL ACT

1

**FINDINGS AND ORDER**

Based on the representations of counsel during the status conference held on March 30, 2026, the Court finds and orders as follows:

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 30, 2026 to April 21, 2026, inclusive, is deemed excludable pursuant 18 U.S.C. § 3161(h)(1)(A), (h)(4), (h)(7)(A) [Local Codes A and N], because such delay results from proceedings to determine the mental competency of the defendant and from the fact that the defendant has been found to be presently mentally incompetent to stand trial, as this Court found, based on the stipulation of the parties, on April 10, 2025. *See* ECF 381. Following the evidentiary hearing scheduled for April 21, 2026, the Court will determine whether Chavarria's mental condition is so improved that trial may proceed.

Dated: March 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER REGARDING EXCLUDABLE TIME PERIODS
UNDER SPEEDY TRIAL ACT

2