CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JUAN CHAVARRIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN CHAVARRIA,<br><br>Defendant. | Case No.: 2:19-cr-231 WBS<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   June 1, 2026<br>TIME:    10:00 a.m.<br>JUDGE:  Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Spencer, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Juan Chavarria, that this matter currently scheduled for status conference on June 1, 2026, at 10:00 a.m., be vacated and continued to this court's criminal calendar on August 24, 2026, at 10:00 a.m. for further status conference. Defense counsel requires additional time to review records, confer with Mr. Chavarria, and conduct additional investigation, as necessary, in order to prepare for trial.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from May 28, 2026, the date of the parties' stipulation, through August 24, 2026, and that the ends of justice served in granting the continuance and allowing the defendant

05/29/26

further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:    May 28, 2026          /S/      David Spencer
                                ERIC GRANT
                                by DAVID SPENCER
                                Attorney for Plaintiff


DATED:    May 28, 2026          /S/      Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Juan Chavarria


## ORDER

IT IS SO ORDERED, that the currently scheduled status conference in the above-entitled matter be vacated and set for August 24, 2026, at 10:00 a.m., for further status conference on August 24, 2026, at 10:00 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from May 28, 2026, through August 24, 2026, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated:  May 29, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

05/29/26