ERIC GRANT
United States Attorney
DAVID SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CHAVARRIA,<br><br>Defendant. | CASE NO. 2:19-CR-0231-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: August 24, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on August 24, 2026.

2. By this stipulation, defendants now move to continue the status conference until October 5, 2026, at 9:00 a.m., and to exclude time between August 24, 2026, and October 5, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 4400 pages of documents, including investigative reports, photographs, cell phone records, and other materials, as well as numerous audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Chavarria was released on bond on or about December 20, 2019. See ECF 64, 70. On July 8, 2022, the Court set a change of plea hearing for August 1, 2022 at the parties' request.

*See* ECF 223, 224. The change of plea hearing was subsequently vacated after Chavarria was arrested in San Joaquin County on July 22, 2022, for attempted murder. *See* ECF 228, 230-31.

c) From July 22, 2022, until April 4, 2025, Chavarria remained in state custody on the attempted murder charge. *See* ECF 352, 370. In state custody, Chavarria claimed he was not competent to stand trial and underwent multiple competency evaluations at Porterville Developmental Center.

d) On or about April 1, 2025, the Superior Court Judge ordered Chavarria released from custody in his state attempted murder case. Chavarria was then transferred to federal custody based on a warrant stemming from the pretrial violation petition (ECF 228).

e) On April 4, 2025, Chavarria appeared before the Honorable Carolyn K. Delaney, Chief U.S. Magistrate Judge. Judge Delaney revoked Chavarria's pretrial release and ordered him detained. *See* ECF 370 (minutes), ECF 372 (detention order).

f) On April 10, 2025, based on the parties' stipulation, the Court ordered Chavarria committed to the custody of the Attorney General for competency treatment and evaluation. *See* ECF 381. Chavarria received treatment at the Metropolitan Correctional Center ("MCC") in Chicago, Illinois, from approximately May 2025 through the end of March 2026.

g) On April 21 and 22, 2026, the Court conducted an evidentiary hearing regarding Chavarria's mental competency. At the conclusion of the hearing, the Court found Chavarria competent to proceed. *See* ECF 491.

h) Counsel for defendant desires additional time to conduct factual investigation and legal research into potential defenses and trial and sentencing issues, to review the discovery, to consult with his client, and to otherwise prepare for trial.

i) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

j) The government does not object to the continuance.

k) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

l) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 24, 2026 to October 5, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 19, 2026

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: August 19, 2026

*/s/ Clemente Jimenez*
CLEMENTE JIMENEZ
Law Office of Clemente M. Jimenez
*Attorney for defendant Juan Chavarria*

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE