CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JUAN CHAVARRIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN CHAVARRIA,<br><br>Defendant. | Case No.: 2:19-cr-231 WBS<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: October 5, 2026<br>TIME: 10:00 a.m.<br>JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Spencer, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Juan Chavarria, that this matter currently scheduled for status conference on October 5, 2026, at 10:00 a.m., be vacated and continued to this court's criminal calendar on December 7, 2026, at 10:00 a.m. for further status conference. Defense counsel requires additional time to review records, confer with Mr. Chavarria, and conduct additional investigation, as necessary, in order to prepare for trial. Furthermore, the parties believe the additional time would be fruitful toward settling the case.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from September 30, 2026, the date of the parties' stipulation, through December 7,

2026, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: September 30, 2026

/S/ David Spencer
ERIC GRANT
by DAVID SPENCER
Attorney for Plaintiff

DATED: September 30, 2026

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Juan Chavarria

**ORDER**

IT IS SO ORDERED, that the currently scheduled status conference in the above-entitled matter be vacated and set for December 7, 2026, at 10:00 a.m., for further status conference on December 7, 2026, at 10:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded from September 30, 2026, through December 7, 2026, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: October 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE